# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AIRICK JOHNSON, et al., | Case No.: 2:17-cv-02578-APG-CWH |
| Plaintiffs | **Order for Status Report** |
| v. | |
| ROBERT LEE, et al., | |
| Defendants | |

IT IS ORDERED that the parties shall file a status report on or before June 21, 2019.

DATED this 31st day of May, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE