G. Mark Albright, (NSBN 1394)
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 S. Rancho Dr., Suite D4
Las Vegas, NV 89106
Telephone: (702) 384-7111
gma@albrightstoddard.com

*Co-Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE KLUGE, Derivatively on behalf of Nominal Defendant, ZOOMPASS HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT LEE, STEVEN ROBERTS, EDWARD (TED) YEW, JON TONDEUR AND BRIAN MORALES, <br><br> Defendants, <br><br> and <br><br> ZOOMPASS HOLDINGS, INC. <br><br> Nominal Defendant. | Case No.: 2:17-cv-02578-APG-DJA <br><br> **MOTION TO WITHDRAW AND ORDER** |
| AIRICK JOHNSON, Derivatively on behalf of Nominal Defendant, ZOOMPASS HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT LEE, STEVE ROBERTS, EDWARD YEW, BRIAN MORALES, AND JON TONDEUR, <br><br> Defendants, <br><br> and <br><br> ZOOMPASS HOLDINGS, INC., <br><br> Nominal Defendant. | |

Pursuant to Local Rule LRIA 11-6, Plaintiff Valerie Kluge respectfully requests that the Court grant this motion for the withdrawal of Stuart J. Guber, admitted *pro hac vice,* as counsel for Plaintiff Kluge. Mr. Guber is no longer associated with Faruqi & Faruqi, LLP.

Dated this 15 day of January 2020.

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

By: /s/ *(signature)*
G. Mark Albright, (NSBN 1394)
801 S. Rancho Dr., Suite D4
Las Vegas, NV 89106
Telephone: (702) 384-7111
gma@albrightstoddard.com

*Co-Liaison Counsel for Plaintiffs*

Nina Varindani (admitted *pro hac vice*)
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
nvarindani@faruqilaw.com

*Co-Lead Counsel for Plaintiffs*

**IT IS SO ORDERED.**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: January 16, 2020

1

# CERTIFICATE OF SERVICE

I certify that on the 15 day of January 2020, a true and correct copy of the foregoing **MOTION TO WITHDRAW AND [PROPOSED] ORDER** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

*/s/ G. Mark Albright*
G. Mark Albright