# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE KLUGE, | Case No.: 2:17-cv-02578-APG-DJA |
| Plaintiff | **Order for Status Report** |
| v. | |
| ROBERT LEE, et al., | |
| Defendants | |

This action has been stayed pending resolution of an appeal in *Patel v. Zoompass Holdings, Inc.*, 2:17-cv-03831 (D. N.J.). ECF No. 28. It has been nearly a year since the parties last updated the court.

I THEREFORE ORDER the parties to file a status report by May 22, 2020.

DATED this 5th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE