Pat Lundvall (NVSBN 3761)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com

James V. Masella, III (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
jmasella@pbwt.com

*Counsel for Defendants Robert Lee, Steven Roberts, Edward Yew, Brian Morales, and Jon Tondeur and Nominal Defendant Zoompass Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE KLUGE, Derivatively on behalf of Nominal Defendant, ZOOMPASS HOLDINGS INC., <br><br>　　　　　　　　　　Plaintiff, <br><br>　　v. <br><br>ROBERT LEE, STEVEN ROBERTS, EDWARD (TED) YEW, JON TONDEUR AND BRIAN MORALES, <br><br>　　　　　　　　　　Defendants, <br><br>　　and <br><br>ZOOMPASS HOLDINGS, INC. <br><br>　　　　　　　　　　Nominal Defendant. | Case No.:　　2:17-cv-02578-APG-DJA <br><br>**STIPULATION AND ORDER OF DISMISSAL** |

[Caption continues on the following page]

|   |
|---|
| AIRICK JOHNSON, Derivatively on behalf of Nominal Defendant, ZOOMPASS HOLDINGS INC., |
| Plaintiff, |
| v. |
| ROBERT LEE, STEVE ROBERTS, EDWARD YEW, BRIAN MORALES, AND JON TONDEUR, |
| Defendants, |
| and |
| ZOOMPASS HOLDINGS, INC., |
| Nominal Defendant. |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) and 23.1(c) of the Federal Rules of Civil Procedure, Plaintiffs VALERIE KLUGE and AIRICK JOHNSON ("Plaintiffs") and Defendants JOHN ROBERT LEE, BRIAN MORALES, STEVE ROBERTS, JONATHAN TONDEUR, and EDWARD YEW ("Defendants"), and Nominal Defendant ZOOMPASS HOLDINGS, INC. ("Company") stipulate and agree to dismiss without prejudice this consolidated action in its entirety, with each party to bear its own attorney's fees and costs. Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a) given that Defendants have neither answered the complaints nor filed a motion for summary judgment. Notice of the voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) to protect the interests of the Company or absent shareholders because (i) neither Plaintiffs nor Plaintiffs' counsel have received or will receive any compensation for this dismissal and (ii) the dismissal sought is without prejudice. The parties therefore respectfully request that the Court enter

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case 2:17-cv-02578-APG-DJA   Document 42   Filed 05/27/20   Page 3 of 4

1  an Order dismissing this action with each party to bear its own attorney's fees and costs.

2      DATED this 27th day of May, 2020.          DATED this 27th day of May, 2020.

3  McDONALD CARANO LLP                ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

4

5  By: /s/   Pat Lundvall                          By: /s/     G. Mark Albright
       Pat Lundvall (NSBN 3761)                   G. Mark Albright, (NSBN 1394)
6      2300 West Sahara Avenue, Suite 1200         801 S. Rancho Dr., Suite D4
       Las Vegas, Nevada 89102                    Las Vegas, NV 89106
7      Telephone: (702) 873-4100                  Telephone: (702) 384-7111
       Email: lundvall@mcdonaldcarano.com          gma@albrightstoddard.com
8                                                  *Co-Liaison Counsel for Plaintiffs*

9      James V. Masella, III (admitted *pro hac vice)*   Nina Varindani (admitted *pro hac vice*)
       PATTERSON BELKNAP WEBB &                   FARUQI & FARUQI, LLP
10     TYLER LLP                                   685 Third Avenue, 26th Floor
       1133 Avenue of the Americas                 New York, NY 10017
11     New York, New York 10036                    Telephone: (212) 983-9330
       Tel: (212) 336-2000                         nvarindani@faruqilaw.com
12     Email: jmasella@pbwt.com                    *Co-Lead Counsel for Plaintiffs*

13     *Counsel for Defendants Robert Lee, Steven
       Roberts, Edward Yew, Brian Morales, and*     LEVERTY & ASSOCIATES LAW CHTD.
14     *Jon Tondeur and for Nominal Defendant
       Zoompass Holdings, Inc.*

15                                               By: /s/   Patrick R. Leverty
                                                     Patrick R. Leverty, (NSBN 8840)
16                                                   Reno Gould House
                                                     832 Willow Street
17                                                   Reno, Nevada 89502
                                                     Telephone: (775) 322-6636
                                                     Email: pat@levertylaw.com
18                                                   *Co-Liason Counsel for Plaintiffs*

19                                                   Timothy W. Brown (*pro hac vice*
                                                     forthcoming)
20                                                   THE BROWN LAW FIRM, P.C.
                                                     250 Townsend Square
21                                                   Oyster Bay, New York 11771
22                                                   Telephone: (516) 922-5427
                                                     Email: tbrown@thebrownlawfirm.net
23                                                   *Co-Lead Counsel for Plaintiffs*

24 It is SO ORDERED this 27th day of May 2020.

25

26                                               _____
27                                               UNITED STATES DISTRICT COURT JUDGE

28

Page 3 of 4



**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP, and that on the 27th day of May, 2020, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

/s/  Beau Nelson
An employee of McDonald Carano LLP